# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Record Steel and Construction, Inc. | )    ASBCA No. 60671 |
| | ) |
| Under Contract No. W912DQ-14-C-4005 | ) |

APPEARANCE FOR THE APPELLANT:       Jeffrey B. Rosen, Esq.
                                    Polsinelli PC
                                    Kansas City, MO

APPEARANCES FOR THE GOVERNMENT:     Thomas H. Gourlay, Jr., Esq.
                                      Engineer Chief Trial Attorney
                                    Kristine R. Hoffman, Esq.
                                      Engineer Trial Attorney
                                      U.S. Army Engineer District, Kansas City

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 8 June 2017

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60671, Appeal of Record Steel and Construction, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals